JOHN M. GENGA (SB# 125522)
DON C. MOODY (SB# 231110)
GENGA & ASSOCIATES, P.C.
15260 Ventura Blvd., Suite 1810
Sherman Oaks, CA  91403
Telephone: (818) 444-4580
Facsimile: (818) 444-4585

Attorneys for Plaintiff
KINARA TRADEMARKS, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINARA TRADEMARKS, LLC, a California corporation,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KINNARA DAY SPA AND MASSAGE THERAPY, an organization of unknown origin, and DOES 1 through 20, inclusive,<br><br>                    Defendant. | Case No. CV-12-04679-DMG-VBK<br><br><br>ORDER AND JUDGMENT RE PERMANENT INJUNCTION AND OTHER RELIEF [9] |

1      Good cause appearing from the parties' Stipulation, filed on November 2,

2  2012, IT IS HEREBY ORDERED AND ADJUDGED as follows:

3      1.     The aforementioned Stipulation of the Parties is hereby incorporated in

4  its entirety by this reference.

5      2.     In connection with any advertising, promotion or offering of goods or

6  services for sale in person or by written, telephonic, broadcast Internet or other

7  means of communication, Defendants, as well as each of their officers, agents,

8  servants, employees, contractors, attorneys, directors, officers, shareholders,

9  predecessors, successors and assigns, and all other persons or entities in active

10  concert or participation with any of them who receive actual notice of this Order,

11  whether acting directly or through any corporation, company or other entity,

12  subsidiary, division, or other device, including but not limited to, fictitious business

13  names, shall be and are hereby permanently restrained and enjoined from:

14         a.    Making direct or indirect infringing use of the word

15               "KINNARA," or of any other name, mark, logo, domain name,

16               website or commercial identifier that is confusingly similar to

17               Plaintiff's registered "KINARA" mark, or aiding and abetting or

18               causing others to do the same;

19         b.    Doing any act or thing calculated or likely to cause confusion or

20               mistake in the minds of members of the public or prospective

21               customers of Plaintiff's products or services as to the source of

22               Defendants' products or services, or that is likely to deceive

23               members of the public or Plaintiff's prospective customers into

24               believing that there is some connection between Defendants and

25               Plaintiff, or their respective products and/or services;

26         c.    Committing any acts that will, or which are reasonably likely to,

27               tarnish, blur, or dilute the distinctive qualities of Plaintiff's

28               "KINARA" mark;

**[PROPOSED] ORDER AND JUDGMENT RE PERMANENT INJUNCTION AND OTHER RELIEF**

d.     Making any representations, express or implied, that Plaintiff is affiliated with or sponsors or approves of Defendants or any of their products or services; and

e.     Contesting Plaintiff's trademark rights in the term "KINARA."

3.     Defendants shall delete, destroy, deliver to Plaintiff and/or disable all storefront signs, Internet websites, domain names, social networking pages, advertisements (online and offline), articles, packages, wrappers, products, images, displays, labels, circulars, kits, packaging, letterhead, business cards, promotional items, clothing, literature, sales aids, receptacles, templates or other items in the possession, custody, or under the control of Defendant that bear the word "KINNARA" or any other term, name, logo or commercial identifier that is confusingly similar to or a colorable imitation of Plaintiff's "KINARA" mark.

4.     Defendants shall, within ten (10) days of entry of this Order and Judgment, transfer full ownership and control over the Internet domain name <kinnaradayspa.com> to Plaintiff.

5.     Defendants shall, within twenty (20) days of entry of this Order and Judgment, change their business name to a term that is not confusingly similar to or a colorable imitation of Plaintiff's "KINARA" mark, the term "KANYA" having been agreed upon by Defendants and approved by Plaintiff.

6.     Defendants shall, for a period of one (1) year after the date of entry of this Order and Judgment, issue and prominently display a written disclaimer on any online or offline advertisement, including any websites maintained by Defendants, or any one of them, clearly stating that Defendants have no relationship or affiliation with the Plaintiff and that Plaintiff does not endorse, sponsor or approve of any of Defendants' goods or services.

7.     Pursuant to Lanham Act section 34 [15 U.S.C. § 1116(a)], Defendants shall file with this Court and serve upon Plaintiff, within sixty (60) days following entry hereof, a written report, made under oath, describing in detail the extent to

-3-

1  which Defendants have complied with the requirements of this Order and

2  Judgment.

3       8.      Judgment is entered for Plaintiff in accordance with the injunctive

4  provisions, paragraphs 2 and 3, of this Order.

5       9.      All parties shall bear their own costs and attorneys' fees incurred in

6  connection with this action, including their Settlement Agreement, the

7  aforementioned Stipulation, and this Order and Judgment.

8       10.     This Court shall retain jurisdiction for purposes of construction,

9  modification, and enforcement of this Order/Judgment and the Settlement

10 Agreement.

11

12      IT IS SO ORDERED.

13

14 DATED:   November 8, 2012

15                                       Dolly M. Gee
16                                       United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

-4-

**[PROPOSED] ORDER AND JUDGMENT RE PERMANENT INJUNCTION AND OTHER RELIEF**